UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 04-100 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) ORDER |
| | ) |
| EDWARD KIEGER, JR., ET AL., | ) |
| | ) |
| Defendants. | ) |

This matter comes before the Court to establish priorities for payment of the criminal monetary penalties in the above-entitled case. Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the criminal monetary penalties shall be paid in the following order:

1. Special Assessments;

2. Non-Federal Restitution in pro-rata shares to Target Corporation, Dakota County and Canadian Pacific Railroad until paid in full;

3. Federal Restitution to FEMA until paid in full;

4. Extraordinary Restitution to Federal Transportation Agency until paid in full;

5. Fines; and

6. Costs, if any.

Dated:   8/30/07                             s/Richard H. Kyle
                                             RICHARD H. KYLE, Judge
                                             United States District Court